UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVIAN BURNS, | CASE NO. 2:25-cv-01393-JNW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| RICARDO S. MARTINEZ et al., | |
| Defendants. | |

Plaintiff Vivian Burns commenced this action on July 21, 2025. No action has been taken since then, and mail directed to Burns has been returned by the Postal Service. Accordingly, the Court ORDERS Burns to show cause why this case should not be dismissed under Local Civil Rule 41(b) within SEVEN (7) DAYS of this order. Failure to respond will result in dismissal of this action. The Clerk is DIRECTED to add this deadline to the Court's calendar.

Dated this 25th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 1