UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVIAN BURNS,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO S. MARTINEZ et al.,<br><br>Defendants. | CASE NO. 2:25-cv-01393-JNW<br><br>ORDER DISMISSING CASE |

On February 25, 2026, the Court ordered Plaintiff Vivian Burns to show cause why this case should not be dismissed under Local Civil Rule 41 for failure to prosecute. The deadline to respond has passed, and she has not responded. Accordingly, the Court DISMISSES this action without prejudice under Local Civil Rule 41(b). The Clerk of the Court is DIRECTED to CLOSE this case.

Dated this 10th day of March, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** DISMISSING CASE - 1